**DISMISS; Opinion Filed July 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-12-01663-CV**
_____

**JERRY BRADLEY, Appellant**
**V.**
**TEXAS WORKFORCE COMMISSION AND CITY OF PLANO, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-05058-A**

### MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Appellant's brief in this case is overdue. By order dated March 26, 2013, we extended the time to file appellant's brief until May 9, 2013. By postcard dated May 15, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


Douglas S. Lang
DOUGLAS S. LANG
JUSTICE

121663F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JERRY BRADLEY, Appellant

No. 05-12-01663-CV        V.

TEXAS WORKFORCE COMMISSION
AND CITY OF PLANO, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-09-05058-A.
Opinion delivered by Justice Lang.   Justices
Myers and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees TEXAS WORKFORCE COMMISSION AND CITY OF PLANO recover their costs of this appeal from appellant JERRY BRADLEY.

Judgment entered this 3rd day of July, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE